```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**SHARON GRIFFIN**                                                  **PLAINTIFF**

**v.**                          **Civil No. 07-5173**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                  **DEFENDANT**

## O R D E R

Now on this 14th day of January, 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #16, filed December 5, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is hereby **dismissed.**

**IT IS SO ORDERED.**

```
                              /s/Jimm Larry Hendren
                              HON. JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE
```